## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

CIVIL NO. 1:07cv177

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| V. | ) |
| WINCHESTER .22 CALIBER RIFLE MODEL 290, SERIAL NUMBER 261763, | ) |
| WINCHESTER .22 CALIBER RIFLE MODEL 67A, NO SERIAL NUMBER, | ) ENTRY OF JUDGMENT AND |
| WINCHESTER 20 GAUGE SHOTGUN MODEL 370, SERIAL NUMBER C301213, | ) FINAL JUDGMENT OF |
| MARLIN 30-30 RIFLE, MODEL 336CS, SERIAL NUMBER 17058968, | ) FORFEITURE |
| MARLIN .22 RIFLE, MODEL 782, SERIAL NUMBER 27386399, | ) |
| SAVAGE 410 SHOTGUN, MODEL 51, NO SERIAL NUMBER, | ) |
| SAVAGE 12 GAUGE SHOTGUN, MODEL 30, SERIAL NUMBER C764319, | ) |
| IVER JOHNSON 20 GAUGE SHOTGUN, MODEL CHAMPION, SERIAL NUMBER RTIU, | ) |
| REMINGTON 12 GAUGE SHOTGUN, MODEL 1187, SERIAL NUMBER PC494158, | ) |
| REMINGTON 12 GAUGE SHOTGUN, MODEL 870, SERIAL NUMBER D905709A, | ) |
| TITAN .25 PISTOL, MODEL NONE, SERIAL NUMBER, 278796, | ) |

| | )|
|---|---|
| REVOLVER, UNKNOWN MANUFACTURER, | ) |
| SERIAL NUMBER 8019, | ) |
| | ) |
| MARLIN, MODEL 22-CALIBER RIFLE, | ) |
| SERIAL NUMBER 99201599, | ) |
| | ) |
| **Defendants.** | ) |
| | ) |
| | ) |

**THIS MATTER** is before the Court on the United States' Motion for an Entry of Judgment and Final Order of Forfeiture pursuant to Federal Rule of Civil Procedure 58(b)(2)(B) and 18 U.S.C. § 924(d)(1) against the Defendant properties.

For the reasons stated in the Motion and no response being necessary,

**IT IS, THEREFORE, ORDERED** that the Government's Motion for an Entry of Judgment is **ALLOWED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED THAT**:

1. The Government's Motion for Entry of Judgment, and Final Order of forfeiture against the following **two firearms**:

> TITAN .25 PISTOL, MODEL NONE,
> SERIAL NUMBER, 278796,
>
> REVOLVER, UNKNOWN MANUFACTURER.,
> SERIAL NUMBER 8019,

**is GRANTED** and judgment of forfeiture is entered in favor of the United States against all persons and entities in the world. Any and all right, title and interest of all persons in the world in or to the Defendant properties is hereby forfeited to the United States, and no other right, title, or interest shall exist therein;

2. The United States shall turn over the following **eleven firearms** to **Claimant Daniel Mack Myers**:

WINCHESTER .22 CALIBER RIFLE MODEL 290,
SERIAL NUMBER 261763,

WINCHESTER .22 CALIBER RIFLE MODEL 67A,
NO SERIAL NUMBER,

WINCHESTER 20 GAUGE SHOTGUN MODEL 370,
SERIAL NUMBER C301213,

MARLIN 30-30 RIFLE, MODEL 336CS,
SERIAL NUMBER 17058968,

MARLIN .22 RIFLE, MODEL 782,
SERIAL NUMBER 27386399,

SAVAGE 410 SHOTGUN, MODEL 51,
NO SERIAL NUMBER,

SAVAGE 12 GAUGE SHOTGUN, MODEL 30,
SERIAL NUMBER C764319,

IVER JOHNSON 20 GAUGE SHOTGUN, MODEL CHAMPION,
SERIAL NUMBER RTIU,

REMINGTON 12 GAUGE SHOTGUN, MODEL 1187,
SERIAL NUMBER PC494158,

REMINGTON 12 GAUGE SHOTGUN, MODEL 870,
SERIAL NUMBER D905709A

MARLIN, MODEL 22-CALIBER RIFLE,
SERIAL NUMBER 99201599

3. The United States Marshal is hereby directed to dispose of the forfeited Defendant properties as provided by law.

4. The parties shall bear their own costs, including attorney's fees.

Signed: April 17, 2008

Lacy H. Thornburg
United States District Judge